UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOOVY LLC and | § | |
| ALBERT T. FAIRCLOUGH, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:06-CV-616-O |
| | § | |
| BABY TREND, INC., *et al.*, | § | |
|     Defendants. | § | |

## ORDER

Before the Court is an Agreed Motion to Extend Deadline for Serving Final Invalidity Contentions (Doc. # 139), filed April 4, 2008.

Having reviewed this motion, the Court finds that it should be and is hereby **GRANTED**. Accordingly, the deadline for Defendants Baby Trend, Inc. and Target Corp. to comply with section 3-6(b) (Final Contentions) of the Court's Order Granting Joint Motion to Modify Scheduling Order (Doc. #66) is **April 11, 2008**.

**SO ORDERED** on this 7th day of **April, 2008.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**