UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOOVY LLC and | § | |
| ALBERT T. FAIRCLOUGH, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:06-CV-616-O |
| | § | |
| BABY TREND, INC., *et al.*, | § | |
| Defendants. | § | |

### ORDER

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to File Response to Defendants' Partial Motion for Summary Judgment of Invalidity and Enforceability for Inequitable Conduct (Doc. # 265), filed November 10, 2008.

Having reviewed the motion, the Court finds that it should be and is hereby **GRANTED**. Accordingly, Plaintiffs' brief in opposition to Defendant's Partial Motion for Summary Judgment of Invalidity and Enforceability for Inequitable Conduct is due on or before **November 12, 2008**. In addition, the deadline for Defendants' brief in opposition to Plaintiffs' Motion for Partial Summary Judgment on Defendants' Defenses of Inequitable Conduct and Inventorship and Corresponding Counterclaims is **November 12, 2008.**

It is also ORDERED that the deadline for Plaintiffs to file their Reply in Support of their Motion for Partial Summary Judgment on Defendants' Defenses of Inequitable Conduct and Inventorship and Corresponding Counterclaims is **December 3, 2008**. In addition, the deadline for Defendants to file their Reply in Support of Defendants' Partial Motion for Summary Judgment of Invalidity and Enforceability for Inequitable Conduct is **December 3, 2008**.

**SO ORDERED** on this the **12ᵗʰ** day of **November, 2008**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**