UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOOVY LLC and | § | |
| ALBERT T. FAIRCLOUGH, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:06-CV-616-O |
| | § | |
| BABY TREND, INC., *et al.*, | § | |
|     Defendants. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Reply Brief in Support of Defendants' Motion for Partial Summary Judgment of Invalidity and Enforceability for Inequitable Conduct (Doc. # 281), filed December 3, 2008.

Having reviewed this motion, the Court finds it should be and is hereby **GRANTED**. Accordingly, the deadline for Defendants' Reply, as well as Plaintiffs' Reply in Support of their Partial Motion for Summary Judgment on Defendants' Defenses of Inequitable Conduct and Inventorship and Corresponding Counterclaim, is **December 4, 2008**, and both Defendants' Reply (Doc. # 282) and Plaintiffs' Reply (Doc. # 283) shall remain on the docket as timely filed.

**SO ORDERED** this **8**th day of **December, 2008.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**